# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I.(a) PLAINTIFF**

SHERWIN COOPERSTEIN, BY ALICE COOPERSTEIN POA, AND ALICE COOPERSTEIN

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    HARTFORD, CT
(EXCEPT IN U.S. PLAINTIFF CASES ONLY)

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Gerald S. Sack, Esquire, Federal Bar #ct05279
SACK, SPECTOR & KARSTEN, LLP
836 Farmington Avenue, Suite 221
West Hartford, CT  06119-1544
(860) 233-8251

**DEFENDANT**

ROBERT DAVIS, M.D., AND
CAPE COD HEALTH CARE, INC.

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

ATTORNEYS (IF KNOWN)

*(watermark: JS-12099 GAO)*

**II. BASIS OF JURISDICTION** *(PLACE AN "X" IN ONE BOX ONLY)*

- ○ 1 U.S. Government Plaintiff
- ○ 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- X 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(For Diversity Cases Only)* *(PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ○ 1 | X 1 | Incorporated or Principal Place of Business in This State | ○ 4 | X 4 |
| Citizen of Another State | X 2 | ○ 2 | Incorporated and Principal Place of Business In Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

**IV. ORIGIN** *(PLACE AN "X" IN ONE BOX ONLY)*

- x Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multidistrict Litigation
- ○ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** *(PLACE AN "X" IN ONE BOX ONLY)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ○ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ○ 610 Agriculture | ○ 422 Appeal 28 USC 158 | ○ 400 State Reapportionment |
| ○ 120 Marine | ○ 310 Airplane | X 362 Personal Injury Med. Malpractice | ○ 620 Other Food & Drug | ○ 423 Withdrawal 28 USC 157 | ○ 410 Antitrust |
| ○ 130 Miller Act | ○ 315 Airplane Product Liability | ○ 365 Personal Injury Product Liability | ○ 625 Drug Related Seizure of Property 21 USC 881 | **PROPERTY RIGHTS** | ○ 430 Banks and Banking |
| ○ 140 Negotiable Instrument | ○ 320 Assault Libel & Slander | ○ 368 Asbestos Personal Injury Product Liability | ○ 630 Liquor Laws | ○ 820 Copyrights | ○ 460 Commerce/ICC Rates, etc |
| ○ 150 Recovery of Overpayment & Enforcement of Judgment | ○ 330 Federal Employers Liability | **PERSONAL PROPERTY** | ○ 640 RR & Truck | ○ 830 Patent | ○ 470 Deportation |
| ○ 151 Medicare Act | ○ 340 Marine | ○ 370 Other Fraud | ○ 650 Airline Regs. | ○ 840 Trademark | ○ 470 Racketeer Influenced and Corrupt Organizations |
| ○ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ○ 345 Marine Product Liability | ○ 371 Truth in Lending | ○ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ○ 810 Selective Service |
| ○ 153 Recovery of Overpayment of Veteran's Benefits | ○ 350 Motor Vehicle | ○ 380 Other Personal Property Damage | ○ 690 Other | ○ 861 HIA (1395ff) | ○ 860 Securities/Commodities/Exchange |
| ○ 160 Stockholders Suits | ○ 355 Motor Vehicle Product Liability | ○ 385 Property Damage Product Liability | | ○ 862 Black Lung (923) | ○ 875 Customer Challenge 12 USC 3410 |
| ○ 190 Other Contract | ○ 360 Other Personal Injury | | | ○ 863 DIWC/DIWW (405(g)) | ○ 891 Agricultural Acts |
| ○ 195 Contract Product Liability | | | | ○ 864 SSID Title XVI | ○ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | ○ 865 RSI (405(g)) | ○ 893 Environmental Matters |
| ○ 210 Land Condemnation | ○ 441 Voting | ○ 510 Motions to Vacate Sentence | ○ 710 Fair Labor Standards Act | **FEDERAL TAX SUITS** | ○ 894 Energy Allocation Act |
| ○ 220 Foreclosure | ○ 442 Employment | **HABEAS CORPUS:** | ○ 720 Labor/Mgmt. Relations | ○ 870 Taxes (U.S. Plaintiff or Defendant) | ○ 895 Freedom of Information Act |
| ○ 230 Rent Lease & Ejectment | ○ 443 Housing Accommodations | ○ 530 General | ○ 730 Labor/Mgmt Reporting & Disclosure Act | ○ 871 IRS - Third Party 26 USC 7609 | ○ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ○ 240 Torts to Land | ○ 444 Welfare | ○ 535 Death Penalty | ○ 740 Railway Labor Act | | ○ 950 Constitutionality of State Statutes |
| ○ 245 Tort Product Liability | ○ 440 Other Civil Rights | ○ 540 Mandamus & Other | ○ 790 Other Labor Litigation | | ○ 890 Other Statutory Actions |
| ○ 290 all Other Real Property | | ○ 550 Civil Rights | ○ 791 Empl Ret Inc Security Act | | |
| | | ○ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 U.S.C. §1332 (Diversity)

**VII. REQUESTED IN COMPLAINT:** ○ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $1,500,000.00    CHECK YES only if demanded in complaint: JURY DEMAND:  X Yes    ○ NO

**VIII. RELATED CASE(S), IF ANY**    PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE."

September 2?, 2004
DATE

*(signature)*
SIGNATURE OF ATTORNEY OF RECORD

1056.003/86206.1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only).    Cooperstein v. _____

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

☐ I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

☐ II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
        740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.        for patent, trademark or copyright cases

☒ III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
        315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
        380, 385, 450, 891.

☐ IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,    4 - 12099 GAO
        690, 810, 861-865, 870, 871, 875, 900.

☐ V.    150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.        N/A

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
                                                                    YES ☐    NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
                                                                    YES ☐    NO ☒

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
                                                                    YES ☐    NO ☒

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
                                                                    YES ☐    NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
                                                                    YES ☒    NO ☐

   A.   If yes, in which division do all of the non-governmental parties reside?
        Eastern Division  ☒    Central Division  ☐    Western Division  ☐

   B.   If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
        Eastern Division  ☐    Central Division  ☐    Western Division  ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
                                                                    YES ☐    NO ☒

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME    Rosemary A. Macero

ADDRESS    One Thompson Sq. Suite 201 Boston

TELEPHONE NO.    617 - 242-5000                                    02129

(Coversheetlocal.wpd - 10/17/02)