**United States District Court**
**District of Massachusetts**

| | |
|---|---|
| SHERWIN COOPERSTEIN, BY ALICE COOPERSTEIN POA, AND ALICE COOPERSTEIN | : CIVIL ACTION NO. |
| vs. | : |
| ROBERT DAVIS, M.D. AND CAPE COD HEALTH CARE, INC. | : SEPTEMBER   , 2004 |

## Motion and Order for Admission As Visiting Lawyer

1. Attorney Rosemary A. Macero, a member of the bar of this Court, pursuant to Local Rule 83.5.3(b), moves for the admission of Gerald S. Sack as a visiting lawyer to represent Sherwin Cooperstein, by Alice Cooperstein POA, and Alice Coooperstein in this action. The Admittee is admitted, practicing and in good standing in the State of Connecticut, the United States District Court for the District of Connecticut, and the Second Circuit Court of Appeals.

A Certificate pursuant to Local Rule 83.5.3(b)(1) accompanies this Motion.

_____
Rosemary A. Macero, Movant
BBO #544271