United States District Court
District of Massachusetts

| | | |
|---|---|---|
| SHERWIN COOPERSTEIN, BY ALICE COOPERSTEIN POA, AND ALICE COOPERSTEIN | : | CIVIL ACTION NO. |
| vs. | : | |
| ROBERT DAVIS, M.D. AND CAPE COD HEALTH CARE, INC. | : | SEPTEMBER 21, 2004 |

### CERTIFICATE OF GERALD S. SACK

I hereby certify to the following:

1. I am in good standing in every jurisdiction where I have been admitted to practice;

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

_____
Gerald S. Sack

Subscribed and sworn to before me this 21st September, 2004.

_____
Notary Public
My Commission Expires: 11/30/08

- 2 -