UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SHERWIN COOPERSTEIN, BY ALICE COOPERSTEIN, POA, AND ALICE COOPERSTEIN,<br>        Plaintiff<br><br>v.<br><br>ROBERT M. DAVIS, M.D. AND CAPE COD HEALTH CARE, INC.,<br>        Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION<br>NO. 04-12099 GAO |

## MOTION OF THE DEFENDANTS, ROBERT M. DAVIS, M.D. AND CAPE COD HEALTH CARE, INC. TO TRANSFER THE CLAIMS AGAINST THEM TO MASSACHUSETTS SUPERIOR COURT FOR THE PURPOSE OF CONVENING A MEDICAL MALPRACTICE TRIBUNAL

Now comes the defendants, Robert M. Davis, M.D. and Cape Cod Health Care, Inc. and hereby move pursuant to M.G.L. c. 231, §60B, that the claims against them be transferred to Massachusetts Superior Court for the purpose of convening of a medical malpractice tribunal.

                        The Defendants,
                        Robert M. Davis, M.D. and Cape Cod Health Care, Inc.
                        By his attorneys,

                        _/s/ Edward T. Hinchey
                        Edward T. Hinchey, BBO #235090
                        Sloane and Walsh, LLP
                        Three Center Plaza
                        Boston, Massachusetts 02108
                        (617) 523-6010

## CERTIFICATE OF SERVICE

I, Edward T. Hinchey, Esq., hereby certify that I have caused to be served a copy of the foregoing document, upon the following counsel:

Joshua Tropper, Esq.
Gambrell & Stolz, LLP
303 Peachtree Road, Suite 4300
Atlanta, GA 30308

/s/ Edward T. Hinchey
EDWARD T. HINCHEY

Dated: April 12, 2005
S:\COOPERSTEIN, SHERWIN V. CAPE COD HEALTH CARE - CH-866-9069\Pleadings\Discovery\Motion to Transfer to Superior Court for MMT.doc