# LAW OFFICES OF GERALD S. SACK, LLC

836 FARMINGTON AVENUE, SUITE 220
WEST HARTFORD, CONNECTICUT 06119-1544
(860) 236-SACK (7225)
FAX (860) 231-8114

April 19, 2005

Clerk of the United States District Court
District of Massachusetts
1 Courthouse Way, Ste 2300
Boston, MA  02210

Re: <u>Cooperstein v. Davis, et al.</u>
04-12099 GAO

Dear Sir or Madam:

This office represents the plaintiff in the above matter. Please note in the court's file our change of firm name, address and phone number:

Law Offices of Gerald S. Sack, LLC
836 Farmington Ave., Suite 220
West Hartford, CT  06119
(860)236-7225

Thank you.

Very truly yours,

Gerald S. Sack

GSS/rw