## LAW OFFICES OF GERALD S. SACK, LLC

836 FARMINGTON AVENUE, SUITE 220
WEST HARTFORD, CONNECTICUT 06119-1544
(860) 236-SACK (7225)
FAX (860) 231-8114

May 4, 2005

Mr. Paul S. Lyness
Deputy Clerk, United States District Court
District of Massachusetts
1 Courthouse Way, Ste 2300
Boston, MA 02210

Re: <u>Cooperstein v. Davis, et al.</u>
04-12099 GAO

Dear Mr. Lyness:

This office represents the plaintiff in the above matter. A status conference is currently scheduled for May 18, 2005. This is to request a continuance on the following grounds:

1) I have been assigned to argue in the Connecticut Supreme Court in the matter of <u>Martell vs. Metropolitan District Commission</u>, Civil Action No. SC17373, on May 18, 2005 at 12:00 p.m.; and

2) The above matter, for which the status conference has been scheduled, is currently awaiting a tribunal hearing in the Suffolk Superior Court.

Opposing counsel, Edward Hinchey, has no objection to this request.

Thank you for your consideration.

Very truly yours,

Gerald S. Sack

GSS/rw

Cc: Edward Hinchey, Esquire
    Attorney Rosemary Macaro