## SLOANE AND WALSH

A PROFESSIONAL LIMITED LIABILITY PARTNERSHIP

ATTORNEYS AT LAW

WILLIAM J. DAILEY, JR.
JOHN P. RYAN
ROBERT H. GAYNOR
EDWARD T. HINCHEY
LAWRENCE J. KENNEY, JR.
ANTHONY J. ANTONELLIS
WILLIAM J. DAILEY III
CURTIS R. DIEDRICH
MARCIA K. DIVOLL
JAMES P. DONOHUE, JR.
ROSS A. KIMBALL
MYLES W. McDONOUGH

THREE CENTER PLAZA

BOSTON, MASSACHUSETTS 02108

TELEPHONE: (617) 523-6010
FAX: (617) 227-0927
FAX: (617) 523-2181
WRITER'S DIRECT E-MAIL ADDRESS: TOLDENHOFF@SLOANEWALSH.COM

TIERNEY M. CHADWICK
BRIAN M. CHILDS
JOHN A. DONOVAN III
JOHN P. FAGGIANO
LAURA MEYER GREGORY
MICHAEL P. GUAGENTY
DAVID M. HARTIGAN
MICHAEL J. KERRIGAN
JOHN McCORMACK
STACEY E. MORRIS
ROBERT T. NORTON
TANYA K. OLDENHOFF
HARRY A. PIERCE
BRIDGET F. SCHLEY
BRIAN H. SULLIVAN

December 5, 2005

United States District Court
District of Massachusetts
Attn: Civil Clerk's Office
United States Courthouse
1 Courthouse Way - Suite 2300
Boston, MA 02210

RE:    Sherwin Cooperstein, By Alice Cooperstein POA, and Alice Cooperstein v. Robert
       Davis, M.D. and Cape Cod Healthcare, Inc.
       Civil Action No. 2004-12099GAO
       Our File No. CH866-9069

Dear Sir or Madam:

       Please be advised that the above referenced case has been remanded to this Court for the
duration of the litigation, following the Medical Malpractice Tribunal, which took place on
October 24, 2005 at Suffolk Superior Court. To that end, the parties respectfully request that the
Court schedule the Rule 26(f) Conference at its earliest convenience after the new year.

       Thank you for your attention to this matter.

                                              Sincerely,

                                              Tanya K. Oldenhoff

                                              Tanya K. Oldenhoff

cc:    Gerald S. Sack, Esq.

S:\COOPERSTEIN, SHERWIN V. CAPE COD HEALTH CARE - CH-866-9069\Letters\Court\Clerk requesting 26(f) conference 12-5-05.doc