COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                              SUPERIOR COURT
                                                          CIVIL ACTION
                                                          NO: 2005-2032E

Sherwin Cooperstein et al
                    PLAINTIFF

V.

Robert Davis M.D. et al
                    DEFENDANT

ORDER

AFTER A MEDICAL MALPRACTICE TRIBUNAL HEARING IN SUFFOLK SUPERIOR COURT:

THE ABOVE ENTITLED ACTION IS HEREBY ORDERED RETURNED TO THE United States District Court : DOCKET #04-12099GAO

BY THE COURT, (Botsford, J.)

*[signature]*
ASST. CLERK

DATED:   December 13, 2005

*Notice Sent 12/13/05*
*G.S.S.*
*M+A PC - R.A.M.*
*S+W - E.T.H.*
*PC*
*12/6*