Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

## SUCV2005-02032
### Cooperstein et al v Davis MD et al

| | | | |
|---|---|---|---|
| **File Date** | 05/23/2005 | **Status** | Disposed: transfered to other court (dtrans) |
| **Status Date** | 12/13/2005 | **Session** | E - Civil E, 3 Pemberton Sq, Boston |
| **Origin** | 91 | **Case Type** | Z01 - Med malpractice hrg only (231,60B) |
| **Lead Case** | | **Track** | X |

| | | | |
|---|---|---|---|
| **Service** | | **Answer** | | **Rule12/19/20** |
| **Rule 15** | | **Discovery** | | **Rule 56** |
| **Final PTC** | | **Disposition** 12/19/2005 | | **Jury Trial** Yes |

### PARTIES

**Plaintiff**
Sherwin Cooperstein
Inactive 05/23/2005

**Private Counsel 544271**
Rosemary A Macero
Macero & Associates P C
1 Thompson Square
Suite 301
Boston, MA 02129
Phone: 617-242-5000
Fax: 617-242-5566
Active 05/23/2005 Notify

**Plaintiff**
Alice Cooperstein
Active 05/23/2005

*** See Attorney Information Above ***

**Plaintiff**
Alice Cooperstein Executor (as amended)
Active 05/23/2005

*** See Attorney Information Above ***

**Alias plaintiff name**
Sherwin Cooperstein Estate of (as amended)
Active 05/23/2005

*** See Attorney Information Above ***

Case 1:04-cv-12099-GAO   Document 13-3   Filed 12/16/2005   Page 1 of 3
case01 248312 y y y y y y
Page 1 of 3

**Commonwealth of Massachusetts**
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

12/13/2005
02:02 PM

## SUCV2005-02032
### Cooperstein et al v Davis MD et al

| | |
|---|---|
| **Defendant**<br>Robert Davis MD<br>Answered: 05/23/2005<br>Answered 05/23/2005 | **Private Counsel** 235090<br>Edward T Hinchey<br>Sloane & Walsh<br>3 Center Plaza<br>8th Floor<br>Boston, MA 02108<br>Phone: 617-523-6010<br>Fax: 617-227-0927<br>Active 05/23/2005 Notify |
| **Defendant**<br>Cape Cod Health Care Inc<br>Answered: 05/23/2005<br>Answered 05/23/2005 | *** See Attorney Information Above *** |
| **Out-of-state attorney**<br>Gerald S Sack<br>Law Offices of Gerald S Sack LLC<br>836 Farmington Ave., Suite 220<br>W Hartford, CT 06119<br>Phone: 860-236-7225<br>Plaintiffs Attorney<br>Active 05/23/2005 Notify | |

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 05/23/2005 | | Medical malpractice hearing only (231,60B); docket#04-12099 GAO pending in U.S. District Court |
| 05/23/2005 | | Origin 91, Type Z01, Track X. |
| 05/23/2005 | 1.0 | Copy of Complaint & Jury demand |
| 05/23/2005 | 2.0 | Certified copy of ANSWER: Defendants Robert Davis MD & Cape Cod Health Care Inc |
| 05/23/2005 | 3.0 | Copy of Plaintiff Alice Cooperstein's MOTION to substitute and for leave to amend |
| 05/23/2005 | | Judge George A. O'Toole Jr.: Electronic ORDER entered granting (P#3) |
| 05/23/2005 | 4.0 | Copy of Amended complaint & Jury demand |
| 05/23/2005 | 5.0 | Certified copy of ANSWER (amended complaint): Defendants Robert Davis MD, & Cape Cod Health Care Inc |
| 05/23/2005 | 6.0 | Certfied copy of Defendant Robert Davis MD, Cape Cod Health Care Inc's MOTION to Transfer the claims against them to Massachusetts Superior Court for the purpose of convening a Medical Malpractice Tribunal pursuant to M.G.L. c.231, Sec.60B |
| 05/23/2005 | | Judge George A. O'Toole Jr.: Electronic ORDER entered granting (P#6) Motion to transfer case |
| 05/23/2005 | 7.0 | Attested copy of docket entries received from U.S. District Crt |
| 05/23/2005 | 8.0 | Civil action cover sheet re: Malpractice |
| 10/19/2005 | 9.0 | Offer of proof of plff |

MASXP-20050816  Case 1:04-cv-12099-GAO   Document 13-3   Filed 12/16/2005   Page 3 of 3   12/13/2005
carangel                          Commonwealth of Massachusetts                              02:02 PM
                                   SUFFOLK SUPERIOR COURT
                                         Case Summary
                                         Civil Docket

### SUCV2005-02032
### Cooperstein et al v Davis MD et al

| Date | Paper | Text |
|---|---|---|
| 10/24/2005 | 10.0 | Finding of the medical malpractice tribunal for the plff Sherwin Cooperstein (Deft Cape Cod Health Care Inc) (Gants,J) Notice sent 10/16/05 |
| 10/24/2005 | 11.0 | Finding of the medical malpratice tribunal for the plff Sherwin Cooperstein (Robert Davis MD) (Gants,J) Notice sent 10/26/05 |
| 12/13/2005 | 12.0 | ORDER: After a Medical Malpractice Tribunal hearing in Suffolk Superior Court: The above entitled action is hereby Ordered returned to the United States District Court: Docket #04-12099GAO, (Botsford, J.) Notice sent 12/13/05 |
| 12/13/2005 | | TRANSFERRED TO USDC |

### EVENTS

| Date | Session | Event | Result |
|---|---|---|---|
| 10/24/2005 | Civil E, 3 Pemberton Sq, Boston | Malpractice tribunal held in Room 1017 | Event held as scheduled |

I HEREBY ATTEST AND CERTIFY ON
12-13-05 THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____