UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHERWIN COOPERSTEIN, BY )<br>ALICE COOPERSTEIN, POA, AND )<br>ALICE COOPERSTEIN, )<br>　　　　Plaintiff ) <br>　　　　　　　　　　　　 )<br>v. )<br>　　　　　　　　　　　　 )<br>ROBERT M. DAVIS, M.D. AND )<br>CAPE COD HEALTH CARE, INC., )<br>　　　　Defendants ) | CIVIL ACTION<br>NO. 04-12099 GAO |

## NOTICE OF APPEARANCE

　　Kindly enter the appearance of Tanya K. Oldenhoff of Sloane and Walsh on behalf of the defendant, Robert M. Davis, M.D. and Cape Cod Health Care, Inc., in the above referenced matter.

　　　　　　　　　　　　　　　　　　The Defendants,
　　　　　　　　　　　　　　　　　　Robert M. Davis, M.D. and Cape Cod Health Care, Inc.
　　　　　　　　　　　　　　　　　　By their attorneys,


　　　　　　　　　　　　　　　　　　  /s/ Tanya K. Oldenhoff
　　　　　　　　　　　　　　　　　　Edward T. Hinchey, BBO #235090
　　　　　　　　　　　　　　　　　　Tanya K. Oldenhoff, BBO #651006
　　　　　　　　　　　　　　　　　　Sloane and Walsh, LLP
　　　　　　　　　　　　　　　　　　Three Center Plaza
　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02108
　　　　　　　　　　　　　　　　　　(617) 523-6010


S:\COOPERSTEIN, SHERWIN V. CAPE COD HEALTH CARE - CH-866-9069\Pleadings\Discovery\Notice of Appearance of TKO 12,28,05.doc