UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ALICE COOPERSTEIN, EXECUTOR OF THE ESTATE OF SHERWIN COOPERSTEIN, ET AL | : | CIVIL ACTION NO. 2004-12099GAO |
| VS. | : | |
| ROBERT DAVIS, M.D., ET AL | : | NOVEMBER 29, 2006 |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the plaintiffs, Alice Cooperstein, Executor of the Estate of Sherwin Cooperstein and Alice Cooperstein, and the defendants, Robert Davis, M.D. and Cape Cod Healthcare, Inc. stipulate that this case may be dismissed, with prejudice and without costs or fees to any party.

PLAINTIFFS:
ALICE COOPERSTEIN, EXECUTOR OF THE ESTATE
OF SHERWIN COOPERSTEIN, ET AL

By_____
Gerald S. Sack (#ct05279)
Law Offices of Gerald S. Sack, LLC
836 Farmington Avenue
West Hartford, CT 06119
(860) 236-7225
gsack@sacklawoffice.com

DEFENDANTS:
ROBERT DAVIS, M.D. AND
CAPE COD HEALTHCARE, INC.

By *Tanya K. Oldenhoff*
Edward Hinchey, BBO #236090
Tanya Oldenhoff, BBO #651006
Sloane and Walsh, LLP
Three Center Plaza
Boston, MA 02108
(617) 523-6010

## CERTIFICATE OF SERVICE

I, Tanya K. Oldenhoff, certify that on the date shown below, I made service of the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE by causing a copy thereof to be mailed, postage prepaid, to the following counsel of record:

FOR THE PLAINTIFF:
Gerald S. Sack, Esq.
Law Offices of Gerald S. Sack, LLC
836 Farmington Avenue, Suite 109
West Hartford, CT 06119

Dated: December 5, 2006                    /s/
                                    Tanya K. Oldenhoff